## UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**ARTEMIS MARKETING CORP., f/k/a:**
**Rooms To Go, Inc.,**

        **Plaintiff,**

**-vs-**                                                                 Case No.  **6:05-cv-818-Orl-22DAB**

**HOUSE TO GO REALTY, INC., and**
**FARIBORZ M. FARD, a/k/a:  Sayed**
**Fariborz Fard,**

        **Defendants.**

_____

## ORDER OF DISMISSAL

The Court has been advised by the parties that the above-styled action has been completely settled.  Accordingly, pursuant to Local Rule 3.08(b) of the Middle District of Florida, it is

**ORDERED** and **ADJUDGED** that this cause is hereby **DISMISSED** without prejudice subject to the right of any party to re-open the action within sixty (60) days, upon good cause shown, or to submit a stipulated form of final order or judgment.  All pending motions are **DENIED** as moot.

**DONE** and **ORDERED** in Orlando, Florida on November 23, 2005.

                                                *David A. Baker*

                                              DAVID A. BAKER
                                   UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record