UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ARTEMIS MARKETING CORP., f/k/a )
ROOMS TO GO, INC., )
)
    Plaintiff, )
)
vs. ) Case No.: 6:05-cv-818-Orl-22DAB
)
HOUSE TO GO REALTY, INC., and )
FARIBORZ M. FARD, a/k/a SAYED )
FARIBORZ FARD, )
)
    Defendants. )
_____/

## CONSENT INJUNCTION

Plaintiff, Artemis Marketing Corp. f/k/a Rooms to Go, Inc., and Defendants, House to Go Realty, Inc. and Fariborz M. Fard, having settled this action and stipulated to the relief accorded herein, it is hereby FOUND, ORDERED, ADJUDGED and DECREED as follows:

1. This is an action for trademark and trade dress infringement, unfair competition, and dilution brought pursuant to the Lanham Act and state law. This Court has subject matter jurisdiction of the matter in controversy under 15 U.S.C. § 1121 and personal jurisdiction over the parties.

2. Plaintiff is a well-known and regarded furniture retailer, conducting business under its federally registered service mark ROOMS TO GO®. In connection therewith, Plaintiff owns certain registrations, including United States Patent and Trademark Office Registration Nos. 1,756,239, 1,801,702, 2,396,055, 2,828,390, and 2,828,391. Plaintiff also owns a federally registered service mark registration for HOUSE TO GO®, and the United States Patent and Trademark office has assigned Registration No. 2,577,841 to this mark.

Exhibit "A"

EXHIBIT
"A"

1

3. Since the filing of the Complaint, the parties have agreed to a full and final settlement of this action, attendant to which is the entry of this Consent Judgment and Permanent Injunction. Accordingly, Defendants, their agents, servants and employees, and those people in active concert or participation with them, be and hereby are **PERMANENTLY ENJOINED**:

(a) From using the block letter mark ROOMS TO GO® or any trademark, service mark, logo or trade name that is confusingly similar thereto as or as part of any trademark, service mark, brand name, trade name, or other business or commercial designation;

(b) From using the block letter mark HOUSE TO GO® or any trademark, service mark, logo or trade name that is confusingly similar thereto as or as part of any trademark, service mark, brand name, trade name, or other business or commercial designation;

(c) From representing by words or conduct that any product made, offered for sale, sold or distributed by any of the defendants or that any services offered for sale, sold advertised or rendered by any of the Defendants, is authorized, sponsored, endorsed by, or otherwise connected in any fashion to Plaintiff or its retail furniture stores;

(d) From using trade dress, such as color, design, font scheme in any signage or marks similar to the use and display of the "ROOMS TO GO" mark, as that mark appears or had been in use at any time during the five year period ending the date of this Order, including, without limitation displaying any business name in capital lettered, white block font upon a blue background with the letters "O" shaded in any color different from the blue background;

2

(e)  Notwithstanding the above, the Defendants are permitted to use the names "HOMES TO GO REALTY" (but not "HOMES TO GO" without "REALTY" except for purposes of greeting callers), "TITLE TO GO" and "MORTGAGE TO GO" subject to the following conditions: (1) such use shall only be in a color, design, and font scheme substantively identical to that appearing on Exhibit "A" hereto, (2) such use must always and only be in connection with the sale or rental of residential or commercial real property; and (3) such use must only be made within the geographic confines of Central Florida, i.e., Orange County, Lake County, Osceola County, Volusia County, Brevard County, and Polk County, for two years following the date of this Consent Injunction and within the geographic confines of the State of Florida thereafter; and

(f)  Notwithstanding the above, the corporate name "EZ Mortgage To Go, LLC" by Defendants is permitted provided said use is only as a corporate name and its business is conducted under as "Mortgage to Go."

4.  Defendants are further **DIRECTED AND ORDERED**

(a)  To restrict their use of HOMES TO GO REALTY, TITLE TO GO, and MORTGAGE TO GO to solely that permitted under paragraph 3(e) above, and to make no other use of any name or moniker employing the term "TO GO";

(b)  Within 60 days of the date of this Order, to cause all existing uses of "HOMES TO GO," "HOMES TO GO REALTY," "TITLE TO GO, INC.," and "MORTGAGE TO GO," including without limitation signage, stationary, business cards, website and advertising, which is not in conformance with that

permitted by paragraph 3(e) to be destroyed, removed, defaced and/or cancelled; and

(c)  To file with the Court and serve on Plaintiff within 90 days of the date of this Order, a report in writing and under oath setting forth in detail the manner and form in which Defendants have complied with the injunctive portions of this Consent Injunction.

5.  No recovery of damages or profits is awarded and the parties shall bear their own fees and costs.

6.  The Clerk of this Court is directed to terminate all pending motions and close the file.

IT IS SO ORDERED this 21st day of December, 2005.

DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Agreed as to form and substance:

Melissa K. Moore
Fla. Bar No.0519839
attorney407melissa@yahoo.com
140 N. Orlando Avenue
Suite 150-33
Winter Park, Florida 32789-3680
Tel. (407) 786-4529
Fax (407) 999-2237
Attorney for Defendants

Christian C. Burden
Fla. Bar No. 0065129
christian.burden@dlapiper.com
DLA Piper Rudnick Gray Cary US LLP
101 East Kennedy Boulevard, Suite 2000
Tampa, Florida 33602
Tel. (813) 229-2111
Fax (813) 229-1447
Attorneys for Plaintiff